| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | KIMBERLY A. SANCHEZ<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-MJ-00021 SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE PRELIMINARY HEARING |
| v. | |
| JEFFREY STUBBLEFIELD, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Richard Beshwate, attorney for the defendant, that the preliminary hearing scheduled for February 14, 2018 at 2:00 p.m. be moved to February 20, 2018 at 2:00 p.m. The undersigned AUSA had a family emergency on Friday, February 2, 2018 that consumed time that day, over the weekend, and this week that otherwise would have been spent preparing indictment in this matter. The government agreed to provide defense with initial discovery by tomorrow, February 7, 2018.

///
///
///
///
///
///
///
///

| | |
|---|---|
| 1 | The parties further stipulate that there is good cause – "taking into account the public interest in the |
| 2 | prompt disposition of criminal cases." As such, Rule 5.1(d) permits the Court to extend the time limit to |
| 3 | hold the preliminary hearing within 14 days from the initial appearance. |

Dated: February 6, 2018                                Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By      /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: February 6, 2018                                /s/ Richard Beshwate
RICHARD BESHWATE
Attorney for Jeffrey Stubblefield

## ORDER

IT IS SO ORDERED THAT the preliminary hearing as to defendant Jeffrey Stubblefield is continued under Rule 5.1(d), from Wednesday, February 14, 2018 at 2:00PM before Judge McAuliffe to Tuesday, February 20, 2018 at 2:00PM before Judge Grosjean.

IT IS SO ORDERED.

Dated:   **February 6, 2018**                         /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE